UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| JAMES WOODHEAD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 21-189-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| LEXINGTON POLICE OFFICER ZAKARY RIDENER, INDIVIDUALLY, et al., | ) ) ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

*** *** *** ***

In accordance with Rule 54 of the Federal Rules of Civil Procedure and the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Plaintiff James Woodhead's claims against Defendants Lexington Police Officer Zakary Ridener, individually, and Lexington Police Officer Keith McKinney, individually, are **DISMISSED**, with prejudice, and **STRICKEN** from the docket.

2. All taxable costs and expenses will be awarded to the defendants and ordered paid by Plaintiff James Woodhead.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

- 2 -

Dated: June 8, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky